**Janis SCHMIDT, Appellant,**

v.

**Louise BIG BOY; Judge Lisa F. Cook; Montileaux; Red Cloud Indian School, also known as Holy Rosary Mission, also known as Catholic Church; Father Peter Klink; Captain Milton Bianas; Oglala Sioux Tribe; OST Public Safety; State of South Dakota; Lance Russell, States Attorney; James Daggot, Sheriff; Jeff Terrall, Sheriff, Appellees.**

Nos. 07–1857, 07–2457.

United States Court of Appeals, Eighth Circuit.

Submitted: April 4, 2008.

Filed: April 9, 2008.

District of South Dakota.

Mario Gonzalez, Rapid City, SD, for Appellant.

Janis Schmidt, Warwick, ND, pro se.

Louise Big Boy, Kyle, SD, pro se.

Judge Lisa F. Cook, Rapid City, SD, pro se.

Robert Montileaux, Kyle, SD, pro se.

Joseph R. Lux, Rapid City, SD, Neil Fulton, Pierre, SD, Donald P. Knudsen, Rapid City, SD, for Appellee.

Before BYE, SMITH, and BENTON, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Janis Schmidt challenges the district court's [1] adverse judgment disposing of her pro se lawsuit. After careful review, we affirm the judgment in case number 07–1857 and we dismiss case number 07–2457 for lack of jurisdiction. *See Berdella v. Delo*, 972 F.2d 204, 207 n. 5 (8th Cir.1992). We also deny all pending motions. *See* 8th Cir. R. 47B.

---

1. The Honorable Karen E. Schreier, Chief Judge, United States District Court for the District of South Dakota.